**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6944**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JIMMY DOUGLAS HARRISON,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Abingdon.  James P. Jones, District Judge. (CR-99-18)

———————

Submitted:  December 16, 2002      Decided:  December 19, 2002

———————

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jimmy Douglas Harrison, Appellant Pro Se.  Rick A. Mountcastle, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Douglas Harrison appeals the district court's order denying his motion for reconsideration of his sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Harrison, No. CR-99-18 (W.D. Va. June 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED